UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Number One Health (Middle East)
LLC, d/b/a International Medical
& Rescue,

        Plaintiff,

vs.                 ORDER ADOPTING
                       REPORT AND RECOMMENDATION

William Edwyn Gregory Sudell,

        Defendant.    Civ. No. 09-3140 (MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That this action is dismissed, but without prejudice, for failure to comply with this Court's Order of March 25, 2010, for failure to effect proper service, and for lack of prosecution.

DATED: July 12, 2010                       s/Michael J. Davis
At Minneapolis, Minnesota            Michael J. Davis, Chief Judge
                                                United States District Court